UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOSE BRITO, on behalf of himself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MARINA'S BAKERY CORP., MARGARITO GONZALEZ and SERGIO GONZALEZ, in their individual and professional capacities,<br><br>Defendants. | Civil Case No.: 1:19-cv-00828-KAM-CLP<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S CONSENT MOTION FOR CONDITIONAL CERTIFICATION OF A COLLECTIVE ACTION** |

**WHEREAS,** on April 26, 2019, Plaintiff moved, on consent, for Conditional Certification of a Collective Action under the Fair Labor Standards Act, 29 U.S.C. § 216(b);

**WHEREAS,** Plaintiff submitted a Proposed Notice of Pendency to be sent via U.S. First Class mail and via email (Declaration of Innessa M. Huot ("Huot Decl."), Exhibit ("Ex.") G),[1] a Proposed Consent to Join form to be distributed via U.S. First Class Mail and via email (Ex. H), a Proposed Email Notice to be distributed via email (Ex. I), a Proposed Text Message Notice to be distributed via text message (Ex. J), and a Proposed Work Place Notice to be posted in both of Defendants' Restaurants (Ex. K);

**WHEREAS,** Defendants consent to Plaintiff's Motion for Conditional Certification of a Collective Action;

**WHEREAS,** Defendants consent to the Proposed Notices of Pendency;

**NOW, WHEREFORE,** the Court, having considered Plaintiff's Consent Motion for Conditional Certification of a Collective Action, and for good cause shown, hereby **ORDERS** as follows:

---

[1] All references to exhibits to the Huot Decl. are hereinafter cited as "Ex. ___."

Plaintiff's Consent Motion for Conditional Certification of a Collective Action is **GRANTED**.

The Court further **ORDERS:**

a. Defendants to provide contact information (names, last known home addresses, home and mobile telephone phone numbers, and email addresses) for the conditionally certified FLSA Collective within **14 days** of this Order.

b. The parties to disseminate all notices (Exs. G through J) to the conditionally certified FLSA Collective within **21 days** of this Order.

c. Defendants to post the Work Place Notice (Ex. K) at both of their locations within **14 days** of this Order and leave them posted through the close of the opt-in period.

**IT IS SO ORDERED.**

Dated: 4/30/19

/s/ Cheryl L. Pollak
Honorable Cheryl L. Pollak