# JASNE & FLORIO, L.L.P.

*Attorneys & Counselors at Law*
30 Glenn Street - Suite 103
White Plains, New York 10603
Tel: (914) 997-1212
Fax: (914) 682-8692
E-mail: jf@jasneflorio.com

Hugh G. Jasne, NY     Service by Electronic Means of Any Document
Daniel F. Florio, Jr., NY & CT     Without Written Authorization Is Not Accepted

September 30, 2020

The Honorable Cheryl L. Pollak     Via PACER
United States District Court: Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

        Re:     *Brito v. Marina's Bakery Corp., et al.,*
                   **No. 19-cv-00828 (KAM) (CLP)**

Dear Hon. Magistrate Judge Pollak:

     I write in furtherance of Your Honor's instruction and the conference of September 24, 2020. I am also copying my clients on this letter in English and with a Spanish courtesy copy so that the following is clear:

1. The addresses of my clients to which I am aware are as follows, however such is in no way a concession as to actual ownership of the corporate entities and the involvement of the respective businesses.

   | | |
   |---|---|
   | Mr. Margarito Gonzalez | Mr. Margarito Gonzalez |
   | Mr. Sergio Gonzalez | Mr. Sergio Gonzalez |
   | 598 Richmond Road | 1255 Castleton Avenue |
   | Staten Island, New York 10304 | Staten Island, NY 10310 |

2. Your Honor has made clear that should Messrs. M. Gonzalez and S. Gonzalez fail to obtain new counsel on within two weeks following Your Honor's final Order, as enclosed and served via FedEx, then a default shall be entered against Messrs. Gonzalez'.

3. The undersigned and my office shall be formally relieved as counsel and have no further requirement to defend or in any way protect them in this action.

4. I also request the right to place a lien on the file.

Thanking Your Honor for your time and attention and any courtesy and consideration you may extend.

                                       Very truly yours,
                                       JASNE & FLORIO, L.L.P.

                                       /s/ Hugh G. Jasne, Esq.
                                       Hugh G. Jasne (HGJ-5041)

## JASNE & FLORIO, L.L.P.
*Attorneys & Counselors at Law*
30 Glenn Street - Suite 103
White Plains, New York 10603
Tel: (914) 997-1212
Fax: (914) 682-8692
E-mail: jf@jasneflorio.com

Hugh G. Jasne, NY      Service by Electronic Means of Any Document
Daniel F. Florio, Jr., NY & CT      Without Written Authorization Is Not Accepted

30 de Septiembre del 2020

The Honorable Cheryl L. Pollak      Via PACER
United States District Court: Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

           Re:    *Brito v. Marina's Bakery Corp., et al.,*
                   No. 19-cv-00828 (KAM) (CLP)

Estimado Hon. Magistrate Judge Pollak:

     Escribo en cumplimiento de las instrucciones de Su Señoría y de la conferencia del 24 de septiembre de 2020. También estoy copiando a mis clientes en esta carta en inglés y con una copia de cortesía en español para que quede claro lo siguiente:

1. Las direcciones de mis clientes de las que tengo conocimiento son las siguientes, sin embargo, esto no constituye de ninguna manera una concesión en cuanto a la propiedad real de las entidades corporativas y la participación de las respectivas empresas.

| | |
|---|---|
| Mr. Margarito Gonzalez | Mr. Margarito Gonzalez |
| Mr. Sergio Gonzalez | Mr. Sergio Gonzalez |
| 598 Richmond Road | 1255 Castleton Avenue |
| Staten Island, New York 10304 | Staten Island, NY 10310 |

2. Su Señoría ha dejado en claro que si los Sres. M. González y S. González no consiguen un nuevo abogado dentro de las dos semanas siguientes a la Orden final de Su Señoría, como se adjunta y servido a través de FedEx, se declarará en rebeldía contra los Sres. González.

3. El abajo firmante y mi oficina serán relevados formalmente como abogados y no tendrán más requisitos para defenderlos o protegerlos de ninguna manera en esta acción.

4. También solicito el derecho a colocar un gravamen en el archivo.

     Thanking Your Honor for your time and attention and any courtesy and consideration you may extend.

                                               Sinceramente,
                                               JASNE & FLORIO, L.L.P.

                                               /s/ Hugh G. Jasne, Esq.
                                               Hugh G. Jasne (HGJ-5041)

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
JOSE BRITO,

                               Plaintiff,

                -against-                                       **ORDER**
                                                                                   19 CV 828 (KAM) (CLP)

MARINA'S BAKERY CORP., et al.,

                               Defendants.
-------------------------------------------------------------- X

**POLLAK**, Chief United States Magistrate Judge:

       On August 17, 2020, defendants were ordered to show cause as to why the Court should deny defense counsel's motion to withdraw or recommend that a default enter based on defendants' failure to obtain counsel by September 14, 2020. Neither defendants nor new counsel appeared at the status conference on September 24, 2020. As such, Mr. Jasne's request to withdraw as counsel is granted. Mr. Jasne is Ordered to provide the court with last known addresses for his clients and send a copy of the Court's Order to them by certified mail or FedEx.

       The defendants are given one last opportunity to obtain counsel within 14 days. Failure to obtain counsel will result in default. If defendants fail to obtain counsel, plaintiff shall submit letter requesting default.

       The Clerk is directed to send copies of this Order to the parties either electronically through the Electronic Case Filing (ECF) system or by mail.

       **SO ORDERED.**

Dated: Brooklyn, New York
           September 28, 2020

                                               /s/ Cheryl L. Pollak
                                               Cheryl L. Pollak
                                               Chief United States Magistrate Judge
                                               Eastern District of New York