**FARUQI & FARUQI** LLP
ATTORNEYS AT LAW

NEW YORK     CALIFORNIA     DELAWARE     GEORGIA     PENNSYLVANIA

**Innessa M. Huot**
ihuot@faruqilaw.com

October 13, 2020

**VIA ECF**

The Honorable Cheryl L. Pollak
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:   *Brito v. Marina's Bakery Corp., et al.,*
               **No. 19-cv-00828 (KAM) (CLP)**

Dear Judge Pollak:

    We represent Plaintiffs in the above-referenced action. Pursuant to your Honor's September 28, 2020 Order (ECF No. 40), we respectfully request that a default be entered against Defendants.

    As the Court is aware, Defendants terminated their counsel on March 13, 2020, and Defendants' counsel filed a motion to withdraw on March 24, 2020. *See* ECF No. 31. On September 28, 2020, Your Honor provided Defendants "one last opportunity to obtain counsel within 14 days," by October 12, 2020. ECF No. 40. Defendants have failed to do so.

    Accordingly, Plaintiffs respectfully request that the Court enter a default against Defendants and allow Plaintiffs leave to file a motion on damages within 45 days.

    We thank Your Honor for the Court's time and attention to this matter.

                                                    Respectfully submitted,

                                                    Innessa M. Huot

Cc:    Counsel of Record (*via* ECF)