## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOSE BRITO, on behalf of himself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MARINA'S BAKERY CORP., MARGARITO GONZALEZ and SERGIO GONZALEZ, in their individual and professional capacities,<br><br>Defendants. | Civil Case No.: 1:19-cv-00828-KAM-CLP |

## **AFFIDAVIT OF SERVICE**

I, Derek Behnke, being duly sworn, deposes and says that I am an employee of Faruqi & Faruqi, LLP, that I am over the age of eighteen years old and I am not a party in this litigation. I hereby certify that on June 3, 2021, copies of Notice of Motion for Entry of Default Judgment, Memorandum of Law in Support of Plaintiffs' Motion for Entry of Default Judgment, Declaration of Innessa M. Huot in Support of Plaintiffs' Motion for Entry of Default Judgment, with Exhibits A-H, Declaration of Jose Brito, with Exhibit 1, Declaration of Sandra Bonilla and Declaration of Yoselin Cardona were served via U.S. First Class Mail to the following addressee(s):

Marina's Bakery Corp.
598 Richmond Rd.
Staten Island, NY 10304

Marina's Bakery Corp.
1255 Castleton Avenue
Staten Island, NY 10310

Margarito Gonzalez
598 Richmond Rd., Apt. 1
Staten Island, NY 10304

Margarito Gonzalez
677 Herricks Ln.
Riverhead, NY 11901

Margarito Gonzalez
945 New Suffolk Ave.
Mattituck, NY 11952

Sergio Gonzalez
598 Richmond Rd., Apt. 1
Staten Island, NY 10304

*Defendants*

Executed on June 3, 2021, at New York, New York.

_____
Derek Behnke

Sworn to before me this

3rd day of June, 2021

_____
Notary Public

BRYAN J. RODRIGUEZ
Notary Public, State of New York
No. 01RO6354287
Qualified in Westchester County
Commission Expires February 6, 20 25