UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
JOSE BRITO, ON BEHALF OF HIMSELF
AND OTHERS SIMILARLY SITUATED,

                Plaintiffs,                      JUDGMENT

      v.

                                                    19-CV-00828(KAM)(MMH)

MARINA'S BAKERY CORP., MARGARITO
GONZALEZ and SERGIO GONZALEZ, in
their individual and professional capacities,

                Defendants.
---------------------------------------------------------------X

       A Memorandum and Order of Honorable Kiyo A. Matsumoto, United States District Judge, having been filed on March 24, 2022, granting Plaintiffs' motion for default judgment; directing the Clerk of Court to enter judgment, jointly and severally, against defendants Marina's Bakery, Margarito Gonzalez, and Sergio Gonzalez, and close the case; awarding the following damages: 1) a total of $67,321.86 in actual economic damages; 2) $38,760.00 in damages for late payment of wages; 3) $30,000 in statutory damages for wage notice and wage statement violations; 4) liquidated damages of $67,321.86; 5) prejudgment interest on actual unpaid wages, a total of $31,778.40; further awarding Mr. Brito the following damages: total back pay damages in the amount of $188,187.46; prejudgment interest on his back pay damages ($188,187.46), compounded annually at 9%, which amounts to $75,175.09; $20,000 as liquidated damages for his retaliation claims; $175,500 in front pay; punitive damage award of $100,000; $40,000 in emotional damages; awarding Plaintiffs attorney's fees one-third of Plaintiffs' wage claims and Mr. Brito's discrimination and retaliation claims (not including punitive damages); $400.00 in litigation costs; and, post-judgment interest on all money awards herein, to accrue at the federal statutory rate, until the judgment is paid in full; it is

ORDERED and ADJUDGED that Plaintiffs' motion for default judgment is granted; that judgment is hereby entered in favor of Plaintiffs and against defendants Marina's Bakery, Margarito Gonzalez, and Sergio Gonzalez, jointly and severally, in the **total** amount of $834,444.67 (Mr. Brito is awarded a total amount of $690,786.37), plus post-judgment interest on all money awards herein, to accrue at the federal statutory rate, until the judgment is paid in full; and that Plaintiffs are awarded as attorney's fees one-third of Plaintiffs' wage claims and Mr. Brito's discrimination and retaliation claims (not including punitive damages).

Dated: Brooklyn, New York  
       March 25, 2022

Brenna B. Mahoney  
Clerk of Court

By:    */s/Jalitza Poveda*  
         Deputy Clerk